In the Matter of the Application of Louis D. Tannenbaum for Admission to Practice as an Attorney. (From the District of Columbia and the State of Texas.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.